# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-cr-43(3) |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| JAMARTAY BROWN, | : | |
| Defendant. | : | |

## DETAINER ORDER

This matter is before the Court on the Government's Motion for Pretrial Detention (Doc. #64). Defendant, represented by counsel, waived his right to a detention hearing under 18 U.S.C. § 3142(f) and agreed that, upon his release from state custody at the completion of his state court proceedings, he will be detained in the custody of the United States Marshal pending final resolution of this matter.

Accordingly, the Government's Motion for Pretrial Detention (Doc. #64) is hereby **GRANTED**. It is the order of this Court that upon Defendant's release from state custody, and after the state proceedings are complete, up to and including serving any state sentence that may be imposed, the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court.

**IT IS SO ORDERED.**

May 14, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge